11089574
2049.22
3/24/10

TO: CLERK

FROM: THOMAS A. DOREY, PO Box 247, Lakewood, N.Y. 14750

DATE: 3-18-10

CASE: Douglas Kelly Jr.
Shirley A. Kelly

DOCKET #: 02-14173

Enclosed please find:

( ) Chambers Copy of Motion

( ) Proposed Order

( ) Checks under $5.00

(✓) Other  Checks issued not cashed 90 days

$436.01  P/c 1  Barnett Bank  POB 930984  Atlanta GA 31193
$380.75  P/c 6  Fleet Credit Card Serv  POB 1016  Horsham PA 19044
$1151.53 P/c 11 Sears Roebuck & Co  POB 3671  Des Moines IA 50322
$81.15   P/c 12 Keybank National Assoc  POB 94968  Cleveland OH 44101

$2049.44

FILED MAR 24 2010
BANKRUPTCY COURT
BUFFALO, N.Y.